### J. H. RIGGLE v. THE STATE.

No. 4371. Decided February 28, 1917.

Final Opinion October 22, 1917.

**Sunday Law—Moving Pictures—Companion Case—Constitutional Law.**
    Where, upon conviction of violating the Sunday law, under article 302, Penal Code, wherefrom the appellant appealed, attacking constitutionality of said law, and the same question was adversely held against defendant in a companion case, the judgment is affirmed.

Appeal from the County Court of Tarrant. Tried below before the Hon. Jesse M. Brown.

Appeal from a conviction of a violation of the Sunday law; penalty, a fine of twenty-five dollars.

The opinion states the case.

No brief on file for appellant.

*E. B. Hendricks,* Assistant Attorney General, for the State.

DAVIDSON, PRESIDING JUDGE.—This conviction was for violation of article 302, P. C., wherein appellant was convicted for exhibiting in a place of amusement a moving picture show on Sunday.

The majority of the court have held the law constitutional and valid in the Zucarro case, this day decided. I can not agree and will write reasons later for that non-concurrence and file in the Zucarro case. Under the authority of the Zucarro case this judgment will be affirmed.

*Affirmed.*

[Final dissenting opinion October 22, 1917.—Reporter.]